UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
                                                :
                                                :   21 MC 97 (AKH)
                                                :   This document relates to:
IN RE SEPTEMBER 11 LITIGATION                   :
                                                :   All Cases
                                                :
                                                :
------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/07

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that defendant AMERICA WEST AIRLINES, INC., named herein as two separate defendants, AMERICA WEST and AMERICA WEST AIRLINES, INC., is hereby dismissed without prejudice and without cost to either party as against the other in the following individual actions consolidated in the: In re September 11 Litigation (21 MC 97):

| | | |
|---|---|---|
| 1. | Arestegui v. American Airlines, et al | 02 CV 7290 |
| 2. | Ong v. American Airlines, et al | 02 CV 7289 |
| 3. | Wahlstrom v. AMR Corporation, et al | 02 CV 7144 |
| 4. | LeBlanc v. AMR Corporation et al | 02 CV 7155 |
| 5. | Miller v. American Airlines, et al | 02 CV 3676 |
| 6. | Keating v. A.M.R. Corporation, et al | 02 CV 7156 |
| 7. | Booms, et al v. AMR Corporation, et al | 02 CV 8918 |
| 8. | Holland v. AMR Corporation, et al | 02 CV 8916 |
| 9. | Lemack v. AMR Services Corp, et al | 03 CV 6803 |
| 10. | Filipov v. American Airlines, et al | 03 CV 7076 |

| | | |
|---|---|---|
| 11. | Low v. US Airways, Inc., et al | 03 CV 7040 |
| 12. | Mladenik, et al v. AMR Corporation, et al | 03 CV 7022 |
| 13. | Sweeney v. American Airlines, et al | 03 CV 7071 |
| 14. | Barbara, et al v. AMR Corporation, et al | 03 CV 7050 |
| 15. | Cahill v. AMR Corporation | 04 CV 7291 |
| 16. | Feller v. AMR Corporation, et al | 04 CV 9627 |

Plaintiffs specifically reserve the right to recommence these actions if the statements in the affidavits of Rodney Frascht, submitted on behalf of America West Airlines, Inc., are proven untrue.

Dated: New York, New York
March 15, 2007

_____
Marc S. Moller, Esq.
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181

Wrongful Death / Personal Injury
Liaison Counsel

_____
Robert J. Brown, Esq.
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

Attorneys for Defendant
AMERICA WEST AIRLINES, INC.

SO ORDERED: 3/20/07

_____
Alvin K. Hellerstein
United States District Judge