```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                                      :   21 MC 97 (AKH)
                                                      :   This document relates to:
IN RE SEPTEMBER 11 LITIGATION                         :
                                                      :   All Cases
                                                      :
------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and their representatives hereto, that defendant MIDWEST AIRLINES, formally known as MIDWEST EXPRESS AIRLINES, is hereby dismissed without prejudice and without cost to either party as against the other in the following individual action consolidated in the: In re September 11 Litigation (21 MC 97):

1.  Feller v. AMR Corporation et al; 04 CV 09627

Plaintiff specifically reserves the right to recommence this action if the statements in the affidavit of Carol N. Skornicka, submitted on behalf of Midwest Airlines, are proven untrue.

Dated: New York, New York
       March 21, 2007

_____          _____
Ms. Fern Feller                    Robert J. Brown, Esq.
315 East 21st Street #3A           BROWN GAVALAS & FROMM LLP
New York, New York 10010           355 Lexington Avenue
(212) 228-9521                     New York, New York 10017
*Pro Se* Plaintiff                 (212) 983-8500
                                   Attorneys for Defendant
                                   MIDWEST AIRLINES

SO ORDERED: 3-28-07

_____
Alvin K. Hellerstein
United States District Judge